

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00846-CV

John Paul **PEREZ**,
Appellant

v.

**HONEST BUYS HOUSES, LLC**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2024CV07484
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice

Delivered and Filed: May 14, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due March 6, 2025 and was not filed. On March 25, 2025, we ordered appellant to file, by April 24 2025: (1) his brief; and (2) a written response reasonably explaining his failure to timely file a brief. In our order, we cautioned appellant that failure to timely file a brief and written response would result in dismissal of this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellant has not filed a brief or otherwise responded to our order. Because appellant has failed to timely file a brief, this appeal is dismissed for want of prosecution. *See id.*; TEX. R. APP. P. 42.3(b).

PER CURIAM